FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Otis Lawrence Wheeler**
Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Otis Lawrence Wheeler** | S.S.# **xxx-xx-2177** |
| | (W) | S.S.# |
| ADDRESS: | **463 Dreger Road** | |
| | **Memphis, TN 38109** | |

PLAN PAYMENT: Debtor(s) to pay $ **1,178.00**  (weekly, every two weeks, semi-monthly, monthly)
PAYROLL DEDUCTION:    OR ( **X** ) DIRECT PAY
BECAUSE:
FIRST PAYMENT DATE:

PLACE OF EMPLOYMENT:
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **US Dept Education** | $ **0.00** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**Selene Finance**    Ongoing pmt. Begin  April 1, 2015    $ **964.00**
Approx. arrearage  **7,000.00**    Interest  **0.00** %    $ **242.00**

SECURED CREDITORS;    VALUE    RATE OF    MONTHLY
(retain lien 11 U.S.C. Sec. 1325{a}{5})    COLLATERAL    INTEREST    PLAN PMT.
**-NONE-**    $    %    $

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Pay **tbd** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$0.00**

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:
**Gwenthian Hewitt 17,754
Gwen Hewitt Law
5050 Poplar Ave.
Ste. 2400
Memphis, TN 38157
901-864-9977 Fax:901-844-7143**